ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Sadath Business Group, Ltd.                          )    ASBCA No. 63966
                                                     )
Under Contract No. W5J9JE-18-C-0006                  )

APPEARANCE FOR THE APPELLANT:            Mr. Sayed Ishaq Sadath
                                           President

APPEARANCES FOR THE GOVERNMENT:          Michael P. Goodman, Esq.
                                           Engineer Chief Trial Attorney
                                         Katherine M. Smith, Esq.
                                         Samuel J. Harrison, Esq.
                                         Rebecca L. Bockmann, Esq.
                                           Engineer Trial Attorneys
                                           U.S. Army Engineer District, Middle East
                                           Winchester, VA

ORDER OF DISMISSAL

The Board docketed this appeal on September 11, 2024.  By email dated October 3, 2024, prior to appellant filing its complaint, appellant stated that it withdraws its appeal.  The government communicated by email on October 8, 2024, that it does not object to dismiss the appeal without prejudice.  Accordingly, this appeal is dismissed from the Board's docket without prejudice.  *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated:  October 10, 2024

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63966, Appeal of Sadath Business Group, Ltd., rendered in conformance with the Board's Charter.

Dated: October 10, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals